FILED
SEP 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8822

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Brad Ray SANTINI | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about September 7, 2008, within the Southern District of California, defendant Brad Ray SANTINI did knowingly and intentionally import approximately 28.40 kilograms (62.48 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
CLAUDIA HERZOG
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8TH, DAY OF SEPTEMBER 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Brad Ray SANTINI

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Jerry A. Conrad.

On September 7, 2008 at approximately 0115 hours, Brad Ray SANTINI entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. SANTINI was the driver and registered owner of a 1995 Jeep Cherokee.

In the primary inspection area, Customs and Border Protection (CBP) Officer Thomas received a negative Customs declaration from SANTINI. SANTINI stated he owned the vehicle for about nine months. SANTINI stated he had been visiting his girlfriend in Mexico and was returning to Hemet, California, where he lives. SANTINI stated he makes trips to Mexico once or twice a month. Records checks disclosed the vehicle has made two prior crossings. CBP Officer Thomas referred SANTINI to the vehicle secondary for closer inspection.

In the vehicle secondary area CBP Officer Stewart obtained a negative oral Customs Declaration from SANTINI. CBP Canine Enforcement Officer Jones was conducting a lot sweep with his assigned Human and Narcotic Detector Dog (HNDD) "Bedo". CEO Jones informed CBP Officer Stewart that his HNDD had alerted to the back seat area of the vehicle. CBP Officer Stewart escorted SANTINI was into the vehicle secondary security office for a patdown.

A subsequent inspection on the vehicle revealed numerous packages concealed within the spare tire that was in the cargo

area of the vehicle. One of the packages was probed and a sample of a green leafy substance was extracted, which when field-tested it gave a positive indication for marijuana. A total of 15 packages with a combined weight of approximately 28.40 kilograms or (62.48 pounds) were removed from the vehicle.